

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

**GERALD C. MANN**
ATTORNEY GENERAL

January 5, 1939

Mr. James W. Witherspoon
District Attorney
69th District
Hereford, Texas

Dear Mr. Witherspoon:    Opinion No. O-25
                            Re: Whether or not property
                                purchased from proceeds
                                of a War Risk Insurance
                                Policy is taxable.

        Your request for an opinion on the question of
whether or not property purchased from proceeds of a War
Risk Insurance Policy is taxable has been received by
this office.

        Mr. A. J. Lewis, County Attorney of Milam County, Cameron, Texas, presented almost the identical question to this department and the opinion was rendered by
Honorable F. O. McKinsey, Assistant Attorney General,
March 17, 1931, which opinion evidences much research and
with the conclusions of which I entirely concur.

        The land purchased by beneficiary with funds received from the United States Government as compensation
and insurance granted by reason of the service and death
of a World War Soldier, is not exempt from taxation. The
recipient of such funds being sui juris the Federal Government will not trace such funds through subsequent mutations
so as to protect and preserve them to the beneficiary.

        I am enclosing herewith a copy of the above mentioned opinion rendered by F. O. McKinsey.

        Trusting that this answers your inquiry, I remain

                Yours very truly

                ATTORNEY GENERAL OF TEXAS
                      (Signed)
                    Ardell Williams
        By

                                  Assistant

AW:AW
ENCLOSURE
APPROVED:
ATTORNEY GENERAL OF TEXAS